## Exhibit A to the Complaint

**Location:** Miami, FL  
**Total Works Infringed:** 39  

**IP Address:** 76.26.53.249  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C85D3E27519C94B4FB1CEB07B6FC3787AB3B0F6A<br>File Hash:<br>70CA9915939C39BDAD500CB7FC14C08FD0FA6B8CE8A54FCF5D723156C0D8AE3C | 07-04-2022 05:32:17 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 2 | Info Hash: 167C517974AA9DA4667F71C69CAEE827B4E4AEC6<br>File Hash:<br>CEDEB9BD31C0DD2AFC95A70BFACB8483AED2E5F1ACD83DB0936CC10142104658 | 06-10-2022 01:47:49 | Slayed | 12-28-2021 | 02-03-2022 | PA0002341801 |
| 3 | Info Hash: 937DC1653A02F8962CF24B303EA2796B92C0A9F3<br>File Hash:<br>637F078F7E687CA2AA5D2AB41688E4D1795C39FE369FACAE0B2F29F903F5994E | 03-29-2022 01:20:27 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 4 | Info Hash: 9AD86A7F32FA56C137B70D529D296FB4D77898C5<br>File Hash:<br>5BA07E2A8D686844831A755B4A3EF5E40E77FCA92720F45643167724AD1BE3FC | 02-14-2022 02:14:53 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 5 | Info Hash: 9BD975517EED64579F041F81A097AD6D1FD4B6D8<br>File Hash:<br>3EDA6C5D9DCD6564CADD8FBCBFC46E16357D22C8F64DDC56BB88899785C28A6D | 02-08-2022 03:26:05 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 6 | Info Hash: CCB036966D15109AEF226C917EB117567355E4D4<br>File Hash:<br>3546FEAD7F9F6CCC421ECD4E80B0D58FDD60807BC4596D879F7750C3CC2693F6 | 02-06-2022 03:28:54 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 7 | Info Hash: 978DAB995093847C5BE3A19B9B64D305D063B756<br>File Hash:<br>A968A4D1C691D1C8F088ADE0D25CB63298D6EC684EF9B1016049564E6682788B | 01-22-2022 03:42:06 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |
| 8 | Info Hash: E2D4A404654D90063AD427121874DAE5BE1A7196<br>File Hash:<br>C47E1A387F715C5B217AC156AA84F4B5FD8C3E147D5EAAADDE08C263A8A6A59C | 01-22-2022 03:41:31 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 9 | Info Hash: 7B2F9B4680B39AA92B91BB424C28E023B00F7BC6<br>File Hash:<br>E7DE2E10A76765C74A11D2C24885F54A7785798A6B19A29D5965CAA4568AC5D3 | 01-22-2022 03:07:14 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 10 | Info Hash: 70B284BC18C7859CC075F5C3D3F66404CDF8F61D<br>File Hash:<br>D0EA06025AC216C09A5FC937ACB62081A76AD6102B13F8507C82A76890D7B4E3 | 01-22-2022 03:06:13 | Slayed | 09-09-2021 | 09-30-2021 | PA0002320424 |
| 11 | Info Hash: 18F765FCA7C2CB22C0A8EF5AA537CA95018CE83C<br>File Hash:<br>5C4ABEE9DBEF60D949B2FB10AE7770DB924BBB35D35FDA01EB7C1328BF245B6D | 01-22-2022 03:06:05 | Slayed | 09-23-2021 | 11-01-2021 | PA0002326412 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 11D40149681AB89C9F04913344830DB23C2642CA<br>File Hash: 34BC8CA35E6EC492FB4201F5252A1CA5D7155F412DBA6471BBC82B43D4BF12D8 | 01-22-2022 03:00:38 | Slayed | 12-07-2021 | 01-07-2022 | PA0002337491 |
| 13 | Info Hash: D10DD855E1B9F8937F079FA39B40F3730DEE95C4<br>File Hash: 83B5920A46DF8C75E436FE2B8FD47589075363F3F545D7F3F2D71EE9DE6BCB91 | 01-22-2022 02:46:46 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |
| 14 | Info Hash: 9408222E6A579EC45D770CE22C4664CDB67A6120<br>File Hash: 2D5319B78F39D032310069792A235C55A4D4AE4916C47E9D0DEBE64B1DAD58CB | 01-22-2022 02:46:43 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 15 | Info Hash: 91715251BBA1712249DAB7C6494CAA8725A810F1<br>File Hash: 9AD951E60F2F01CF94148BD5E3535BC08829AE4B53E5B9B802D6A9949CC883AF | 01-22-2022 02:45:36 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 16 | Info Hash: C6F2AC50B7C7AB7FD8BBF83577BA681AFDFE3F1E<br>File Hash: 2A76A4B2EC4395F95E49286DA50156ED4CBCBCAFB6758E3AFF7211F9D1C6E7D0 | 01-22-2022 02:33:46 | Slayed | 08-12-2021 | 09-08-2021 | PA0002316100 |
| 17 | Info Hash: 604754A044638714B2D42EEF1CD6268A6791EABB<br>File Hash: 428753430D344904A56ABC1776729A65F112C7858C337E32C093D74745C814E9 | 01-22-2022 02:32:41 | Slayed | 12-14-2021 | 01-07-2022 | PA0002337928 |
| 18 | Info Hash: DC6B1926E232C7DC52804E732BCD83D51A5984F7<br>File Hash: 7E48FDB6D03B85446C560D829DC7DC5E55FFDAE9FE72CD4FDD655E47CDDB9CF7 | 10-14-2021 04:15:57 | Tushy | 10-10-2021 | 12-03-2021 | PA0002333661 |
| 19 | Info Hash: 4D1E937059E78109E9C929FD10A92D05CBDD6A5B<br>File Hash: 6514396893ACE2CFC3D8ACAE8238657C4D235A9126C2AC62859D6FD95ECC0F59 | 04-12-2021 03:06:41 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 20 | Info Hash: 3A745850FDF608F42140052041A35D78E745BAE5<br>File Hash: F0E3996AEC8F14108B8BABA8B149E40794710E3EC09D3EBB2C7F6CE122ED929A | 01-13-2021 02:08:51 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 21 | Info Hash: 47F83A89E1B9A7BEA86DC9662611EA22E75F0F3F<br>File Hash: 46F41B092A095715186272E856EAF705E3805D7F0FCCFD42E93DBCA01822E2DB | 12-22-2020 04:45:33 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 22 | Info Hash: 2D2511DF94D4F55FF5C01EE53EB325F69C0B4D25<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-25-2020 05:40:32 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 23 | Info Hash: 7730E69B89978585E9C40EBFE9E2AFC1EC868B40<br>File Hash: 00C5C38E7298F3EF7D4187751A140A67F49C2070B985E8ADD1A4BB767BCBB234 | 10-19-2020 20:40:01 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 60680CCDA2AD63F08280BD02A7DBD89230FE8894<br>File Hash: 91ACB224E8B4E55F5418F710D0BF9F358F63FA477BFE2D0254B85A7FFB865DA3 | 08-31-2020 02:50:44 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 25 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08-18-2020 04:20:05 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 26 | Info Hash: 7E8FD1C11395443FB2541763CEC399DEE1972BF9<br>File Hash: 84FC126DAD5EA17B4FFC7E1ED4581EE7A4D555B33323D9BEAB6035119AAECEC4 | 07-21-2020 02:49:27 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 27 | Info Hash: F4F4A5CAA897000F033302DD8274FEFA1C90FB0D<br>File Hash: 6E096BC0719E3B79FC016BAAC90EFE87D5DA321BCA9BAA8F1A8728508AD0EC4C | 06-20-2020 02:59:56 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |
| 28 | Info Hash: 31ABA0B21D81BC8ED066320EE2A56C75B5C91877<br>File Hash: 5AA78724398529E64D86597C0DDFDC8109760EC4D253C8A36CFF17AE3C768950 | 06-05-2020 04:03:33 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |
| 29 | Info Hash: FD9F9AB92752B9716BB2119D064F264C797BB67D<br>File Hash: 6804B83ED233CE1FCC3660243C33F78D4C1B8DD8B0D454765E8E0D5ACF92A690 | 04-28-2020 00:29:23 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 30 | Info Hash: F03005B40A7A7C176A757AA013FCAEE57567AFA8<br>File Hash: BD4213864BCBB75645111940739CE47CD5CA2FD674684CBAA90C741667B090AE | 04-12-2020 01:11:18 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 31 | Info Hash: CF74C07E4CE744B8C031D261A5F8D6B395670EFC<br>File Hash: 5A357FA0B984B36E4C42421BC700347B87D1115152C4C17ECB13FE6FC9E0ECA8 | 04-06-2020 04:09:09 | Tushy | 04-05-2020 | 04-17-2020 | PA0002237308 |
| 32 | Info Hash: 9370BD7FD557056F0D28CA33A9901F7FDCE2F0E7<br>File Hash: 2C6DA994AAAC525B97D39AFE75376C6EC324B2C7284B26A8BAF44AC82C79B800 | 03-13-2020 01:20:52 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 33 | Info Hash: B54FEEC40D2B8A2756019005DF1CC47201F145AA<br>File Hash: 51F543BE5D1454CF64DF23DC886CF31D4616E54783B0FA5407436290747BEA4E | 01-13-2020 01:56:49 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 34 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01-11-2020 05:02:21 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 35 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 12-23-2019 03:52:25 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DCC7090F05EBD2DC37875FE1A13D14A36BD51D03<br>File Hash: 3977D707F40DA75D1F88C1162CDBD02577ACD638784DA6945470FC3AC360AE53 | 10-29-2019 02:46:44 | Blacked | 10-27-2019 | 11-15-2019 | PA0002211841 |
| 37 | Info Hash: 0D4C40A4AD76213A29D7D81833A88069F96C880B<br>File Hash: 36E7FBF4E360DC0AB31CFC8A5E15295CD4DCE06E97194AABC02C59A835AE8850 | 10-18-2019 01:39:26 | Blacked | 10-17-2019 | 11-05-2019 | PA0002210291 |
| 38 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 10-06-2019 05:51:29 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 39 | Info Hash: 385839893AEAEF7E8D8997F0222BD7F2F18BFF14<br>File Hash: 77430C3C1306151AC93DD43F7F8A9F1B2EDBFC197585DC05703777A2C4856F68 | 10-05-2019 01:31:42 | Blacked Raw | 10-04-2019 | 10-21-2019 | PA0002207780 |